## LESTER MCHOLLAND *v.* COMMISSIONER OF CORRECTION

The petitioner Lester McHolland's petition for certification for appeal from the Appellate Court, 120 Conn. App. 902 (AC 30701), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*James M. Fox*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided May 20, 2010

## ADAM OSORIA *v.* COMMISSIONER OF CORRECTION

The petitioner Adam Osoria's petition for certification for appeal from the Appellate Court, 120 Conn. App. 902 (AC 30805), is denied.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

*Richard K. Greenalch, Jr.*, special deputy assistant state's attorney, in opposition.

Decided May 20, 2010